In the Matter of the Claim of NATHAN GREENBAUM, as Administrator of the Estate of ABRAHAM GREENBAUM, Deceased, Appellant, against REICHLER & NEWMAN et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.